The relief described hereinbelow is SO ORDERED.

Signed May 06, 2010.



ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Kansas City Division

In Re

**Zhichen Zhou** ,

      Debtor.

**The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8, Mortgage Pass-Through Certificates, Series 2005-8**,

its principals, successors and assigns

Movant,

v.

**Zhichen Zhou** , Debtor,

and

**Eric C. Rajala**, Trustee,
      Respondents.

Case No. **10-20866**

Chapter **7**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

MOVANT WAIVES 30 DAY HEARING

Kozeny & McCubbin
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
ksbk@km-law.com

In the United States Bankruptcy Court for the District of Kansas
In Re: Zhichen Zhou
Case No: 10-20866
Order Granting Motion for Relief from the Automatic Stay
Page 2

**ORDER GRANTING MOTION OF THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8 FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER comes before the court for consideration upon the motion of Movant, The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8, Mortgage Pass-Through Certificates, Series 2005-8, seeking the termination of the automatic stay regarding 2705 Mintlaw Ave, Henderson, NV 89044, more particularly described as:

> ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS: PARCEL I: LOT TWO HUNDRED EIGHTY-TWO (282) IN BLOCK NINE (9) OF ANTHEM HIGHLANDS UNIT 7 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 117 OF PLATS, PAGE 27 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. RESERVING THEREFROM, A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS, USE AND ENJOYMENT OVER THE COMMON ELEMENTS AS SHOWN ON THE MAP REFERRED TO ABOVE AND AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS AND EASEMENTS FOR THE ANTHEM COMMUNITY RECORDED JUNE 26, 1998 IN BOOK 980626 OF OFFICIAL RECORDS, AS DOCUMENT NO. 03097 AND THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ANTHEM HIGHLANDS, A PLANNED COMMUNITY RECORDED JULY 25, 2003 IN BOOK 20030725 OF OFFICIAL RECORDS, AS DOCUMENT NO. 01651. PARCEL II: A NON EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS, USE AND ENJOYMENT OVER THE COMMON ELEMENTS AS SHOWN ON THE MAP REFERRED TO ABOVE AND AS SET FOR IN THAT CERTAIN DECLARATION OF

In the United States Bankruptcy Court for the District of Kansas
In Re: Zhichen Zhou
Case No: 10-20866
Order Granting Motion for Relief from the Automatic Stay
Page 3

**COVENANTS AND EASEMENTS FOR THE ANTHEM COMMUNITY RECORDED JUNE 26, 1998 IN BOOK 980626 OF OFFICIAL RECORDS, AS DOCUMENT NO. 03097 AND THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ANTHEM HIGHLANDS, A PLANNED COMMUNITY RECORDED JULY 25, 2003 IN BOOK 20030725 OF OFFICIAL RECORDS, AS DOCUMENT NO. 01651, AS MAY BE AMENDED FOR TIME TO TIME.**

Notice with Opportunity for Hearing on the motion was properly given, no timely objections were filed, and no hearing was held on the matter. It appearing that Movant is entitled to the relief requested in the motion, it is hereby

**ORDERED** that said Motion be and it is hereby GRANTED, in that Movant, and its principals Successors and Assigns, are hereby authorized to foreclose its security interest in Debtor's real estate as referenced above pursuant to the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. § 362 are hereby terminated. The recoverability of any fees and costs associated with this motion shall be determined in accordance with the contract agreement and applicable non-bankruptcy law.

**IT IS FURTHER ORDERED**, that Movant, its principals Successors and Assigns, are hereby authorized to pursue its state court remedies to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. § 362 are hereby terminated.

In the United States Bankruptcy Court for the District of Kansas
In Re: Zhichen Zhou
Case No: 10-20866
Order Granting Motion for Relief from the Automatic Stay
Page 4

**IT IS FURTHER ORDERED**, that the real property is abandoned by the Chapter 7 Trustee as an asset of the bankruptcy estate, effective upon entry of this order.

**IT IS FURTHER ORDERED** that Movant and its principals successors and assigns, are hereby authorized to at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement; and to contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

###

Respectfully submitted,

\_\_/s/ William T. Holmes, II_____
William T. Holmes II, #78092
Clinton Woerth, #19609
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
ksbk@km-law.com

Copies sent to:

Zhi Zhou
Debtor
13610 King St Apt 827
Overland Park, KS 66221

In the United States Bankruptcy Court for the District of Kansas
In Re: Zhichen Zhou
Case No: 10-20866
Order Granting Motion for Relief from the Automatic Stay
Page 5

Yuanzeng Liu
Co-Borrower
13610 King St Apt 817
Overland Park, KS 66221

Robert McRorey
Attorney for Debtor
108 E Cedar P.O. Box 61
Olathe, KS  66051

Eric C. Rajala
Trustee
11900 College Blvd., Suite 341
Overland Park, KS 66210

Office of the US Trustee
U.S. Trustee
301 N. Main Suite 1150
Wichita, KS 67202

William T. Holmes
Attorney for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141